# United States District Court

WESTERN DISTRICT OF TENNESSEE
Eastern Division

DAVID BELL,                                **JUDGMENT IN A CIVIL CASE**

v.

                                             CASE NUMBER: 1:23-cv-01245-jay

MARTIN O'MALLEY,
COMMISSIONER OF
SOCIAL SECURITY.

       **Jury verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

x       **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that in accordance with the ORDER GRANTING SENTENCE FOUR REMAND entered in the above-styled matter on March 25, 2024, this case is hereby DISMISSED.

APPROVED:

**s/ Jon A. York**
UNITED STATES MAGISTRATE JUDGE

                                                    WENDY R. OLIVER
                                                    CLERK

**March 25, 2024**                                BY: s/ Andrew Shulman
DATE                                                 DEPUTY CLERK